# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:**<br><br>Information Associated With Facebook User IDs 100045891800627, AND 100014819598252<br><br>That is Stored at Premises Controlled By Facebook Inc. | **MJ-20-37 -GF-JTJ**<br><br>**ORDER** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, Inc., an electronic communication service or remote computing service, not to notify any person, including the subscribers and customers of the accounts listed in the caption above, of the existence of the attached search warrant until further order of the Court or until one year from the date such an order is issued, whichever occurs first.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, and or flee from prosecution. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook, Inc. shall not disclose the existence of the attached search warrant or this Order of the Court, to the listed subscribers or to any other person, for a period of one year or until further order of the court, whichever first occurs, except that Facebook, Inc. may disclose the attached search warrant to an attorney for Facebook, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED. This case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment or Information by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 6th day of May, 2020.

Hon. John T. Johnston
United States Magistrate Judge